Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65653.—John L. Westland & Son, Inc., a/c Montrose Bike Shop et al. *v.* United States, protests 59/2814, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, MAY 18, 1961

No. 65654.—Milton G. West *v.* United States, protest 60/13918–15573 (New Orleans).

Opinion by RICHARDSON, J. An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

MAY 17, 1961

No. 65655.—Cijo Trading Co., Inc., and Advance Shipping Co. *v.* United States, protests 60/22867, etc. Protests abandoned April 28, 1961. (Not published.) Plaintiffs' application for rehearing granted.

BEFORE THE FIRST DIVISION, MAY 22, 1961

No. 65656.—Joseph Markovits, Inc. *v.* United States, protest 58/19688 (New York).